IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | 4:14CV3206 |
| | ) | BK 10-40277 |
| KORLEY B. SEARS, | ) | |
| | ) | ORDER |
| Debtor | ) | |
| | ) | |

    IT IS ORDERED that Appellees' motion for extension of time (filing 8) is granted, as follows: Appellees shall have until November 20, 2014, to respond to Appellant's brief.

    DATED this 27th day of October, 2014.

                                                 BY THE COURT:

                                                 *Richard G. Kopf*
                                                 Senior United States District Judge