IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 4:14CV3206 |
| | ) | |
| KORLEY B. SEARS, | ) | |
| | ) | ORDER |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| RHETT R. SEARS, RHETT SEARS REVOCABLE TRUST, RONALD H. SEARS, RON H. SEARS TRUST, and DANE SEARS, | ) ) ) | CASE NO. 4:14CV3219 |
| | ) | |
| Plaintiffs, | ) ) | REASSIGNMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| KORLEY B. SEARS, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ROBERT A. SEARS, ROBERT A. SEARS, TRUSTEE, and KORLEY B. SEARS, | ) ) | CASE NO. 4:14CV3245 |
| | ) | |
| Plaintiffs, | ) ) | REASSIGNMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| RHETT R. SEARS, RHETT R. SEARS REVOCABLE TRUST, RONALD H. SEARS, RONALD H. SEARS TRUST, and DANE R. SEARS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ROBERT A. SEARS, ROBERT A. SEARS, TRUSTEE, and KORLEY B. SEARS, | ) ) ) | CASE NO. 4:14CV3246 |
| Plaintiffs, | ) ) ) | REASSIGNMENT ORDER |
| v. | ) ) | |
| RHETT R. SEARS, RHETT R. SEARS REVOCABLE TRUST, RONALD H. SEARS, RONALD H. SEARS TRUST, and DANE R. SEARS, | ) ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ROBERT A. SEARS, ROBERT A. SEARS, TRUSTEE, and KORLEY B. SEARS, | ) ) ) | CASE NO. 4:14CV3247 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | REASSIGNMENT ORDER |
| RHETT R. SEARS, RHETT R. SEARS REVOCABLE TRUST, RONALD H. SEARS, RON H. SEARS TRUST, and DANE R. SEARS, | ) ) ) ) ) | |
| Defendants. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(ii). Accordingly, Case No. 4:14CV3219, 4:14CV3245, 4:14CV3246, and 4:14CV3247 are reassigned to Senior District Judge Richard G. Kopf for disposition.

IT IS SO ORDERED.

DATED this 31st day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge